CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN - 3 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK



# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| DANNY FRANKLIN GRADY, | ) | Civil Action No. 7:10-cv-00576 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NRADC WINCHESTER, VA 22603, | ) | By: Hon. Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C.

§ 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court. Plaintiff may

refile his claims at the time of his choice.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the plaintiff.

**ENTER**: This 3rd _____ day of January, 2011.

Senior United States District Judge